NUMBER 13-01-190-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


COMMISSIONERS ERNIE HERNANDEZ, ET AL. , Appellants,


v.

HONORABLE BEN R. NEECE , Appellee.

____________________________________________________________________


On appeal from the 138th District Court

of Cameron County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Dorsey, Yañez, and Rodriguez

Opinion Per Curiam



Appellants, COMMISSIONERS ERNIE HERNANDEZ, ET AL. , perfected an appeal from an order entered by the 138th
District Court of Cameron County, Texas, in cause number 1999-09-4041-B . After the record and briefs were filed and
after the cause was set for submission and oral argument, appellants filed a motion to dismiss the appeal. In the motion,
appellants state that this case has been resolved and appellants no longer wish to prosecute this appeal. Appellants request
that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 23rd day of August, 2001 .